```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                :
:
                            Plaintiff,    :     1:24-cv-4632-GHW
-v-                                                    :
:     <u>ORDER</u>
TOLL BROTHERS INC., *et al.*,            :
:
                        Defendants.    :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On June 18, 2024, the United States filed a proposed consent decree in this case. Dkt. No. 3. The Court declines to enter the consent decree on this record. At the outset, the parties are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Those rules require, among other things, that any proposed order be accompanied by a letter explaining, among other things, the basis for the request and the Court's legal authority to grant the request. *See* Individual Rule 1(F). That individual rule embodies the common sense precept that parties should not expect a judge to sign an order, such as a consent decree, merely on the basis of the fact that it has been filed on the docket by a party, without request or explanation.

      To the extent that the Government wishes for the Court to consider endorsing the proposed consent decree, the Government is directed to submit a motion for the Court to do so. An example of such an application can be found at Dkt. No. 36 in Case No. 1:22-cv-338. Any motion should be supported by an affidavit establishing each fact to be included in the proposed consent decree or which the parties wish for the Court to consider in connection with the proposed consent decree.

      SO ORDERED.

Dated: June 21, 2024
      New York, New York

                                                                _____
                                                                  GREGORY H. WOODS
                                                            United States District Judge