UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TOLL BROTHERS, INC.; TOLL BROTHERS REALTY TRUST; TOLL LAND XIII LIMITED PARTNER; GREENBERG FARROW ARCHITECTURE, INC.; LENDLEASE (US) CONSTRUCTION LMB INC. F/K/A BOVIS LEND LEASE LMB, INC.; TOLL NORTHEAST LP COMPANY, INC.; TB PRINCETON VILLAGE LLC, AND TB-BDN PLYMOUTH APARTMENTS,<br><br>   Defendants, and<br><br>NORTH8 CONDOMINIUM ASSOCIATION, INC.,<br><br>   as a Rule 19 Defendant. | 24 Civ. 4632 (GHW) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of AUSA David J. Kennedy, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court

to enter the proposed consent decree lodged at Docket Number 3.

Dated: June 24, 2024
       New York, New York

                                               DAMIAN WILLIAMS
                                               United States Attorney for the
                                               Southern District of New York
                                               *Attorney for the United States*

                             By:     */s/ David J. Kennedy*
                                               DAVID J. KENNEDY
                                               Assistant United States Attorney
                                               86 Chambers Street, 3rd Floor
                                               New York, New York 10007
                                               Tel.: (212) 637-2733