UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/22/2024
```

-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                      :
                                               :
                              Plaintiff,       :                    1:24-cv-4632-GHW
              -v-                              :
                                               :                    ORDER
TOLL BROTHERS INC., *et al.*,                  :
                                               :
                              Defendants.      :
                                               :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on August 22, 2024, Defendants' request to adjourn the initial pretrial conference and for an extension of time to answer or otherwise respond to the complaint are granted. The initial pretrial conference is adjourned to October 30, 2024 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's June 21, 2024 order, Dkt. No. 16, are due no later than October 23, 2024. The deadline for Defendants to answer or otherwise respond to the complaint is extended to December 17, 2024.

Plaintiff is directed to serve a copy of this order on all Defendants who have not appeared and to retain proof of service.

SO ORDERED.

Dated: August 22, 2024
       New York, New York

                                                    _____
                                                        GREGORY H. WOODS
                                                      United States District Judge