

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

January 23, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/25
```

**BY ECF**
Hon. Gregory H. Woods
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

      Re: *United States v. Toll Brothers Inc., et al.*,
        24 Civ. 4632 (GHW)

Dear Judge Woods:

  In accordance with the Court's Notice of Initial Pretrial Conference scheduling an in-person conference for January 30, 2025, at 11:00 a.m., the parties respectfully submit this joint letter, which supplements their August 15, 2024 letter (attached here as Exhibit A).

  As set forth in prior submissions to the Court, the United States and Toll Northeast LP Company, Inc. (with authority to negotiate on behalf of the Toll-owned and/or Toll-controlled entities that have an ownership interest in the properties named in the Complaint) ("Toll") have had multiple settlement conferences, most recently on December 11, 2024.

  The United States' claim concerns 13 properties – each with a different owner.

  With regards to North8, the parties are continuing to make progress in those settlement conferences and are continuing ongoing negotiations, in consultation with their experts and consultants. The Parties have been reporting to the Magistrate Judge with regards to the status of those negotiations and whether an additional conference is needed to resolve the issues with regards to the claims regarding North8.

  As to the other 12 properties, on January 8, 2025, the Government filed its Second Amended Complaint to add as defendants LL Parcel I, LLC; Provost Square Urban Renewal, LLC; Edgewood Properties; Princeton Junction Apartments LP; Needham Residential LLC; Toll DC LP; and Toll DC II LP; and to add as Rule 19 defendants the Board of Managers of the Sutton Condominiums; the Board of Managers of 10 Provost Condominiums, and Bridge Property Management. *See* ECF No. 88. The Court has extended the deadline for Toll to respond to the Second Amended Complaint (until February 14, 2025). Summons for the newly-added

Letter to the Hon. Gregory H. Woods
January 23, 2025
page 2 of 2

Defendants issued this week, and the Government is currently working on serving the newly-added Defendants.

The United States and Toll Brothers are working cooperatively to globally resolve the claims and expect to submit settlements relating to certain properties in the near future for the Court's consideration and proposed approval.

The parties request that this Court further adjourn an in-person conference to allow these settlement negotiations to continue. We ask that the Court schedule a February 13, 2025, deadline for submitting a status report on this matter. Thank you for your consideration of this matter.

Respectfully,

| For Plaintiff: | For the Toll Brothers: |
|---|---|
| DANIELLE R. SASSOON<br>United States Attorney | */s/ Christine N. Walz*<br>CHRISTINE WALZ<br>Holland & Knight LLP |
| By: */s/ David J. Kennedy*<br>DAVID J. KENNEDY<br>DANIELLE J. MARRYSHOW<br>Assistant U.S. Attorneys<br>Tel. No.: (212) 637-2733/2689<br>E-mail: david.kennedy2@usdoj.gov<br>danielle.marryshow@usdoj.gov | 787 Seventh Avenue, 31st Floor<br>New York, NY 10019<br>Telephone: (212) 513-3368<br>christine.walz@hklaw.com |
| | For the North8 Defendant: |
| | */s/ William J. Geller*<br>WILLIAM J. GELLER<br>Braverman Greenspun, P.C.<br>110 East 42nd Street, 17th Floor<br>New York, NY 10017<br>Office: 646.350.4229 |

Application granted. The parties' January 23, 2025 request to adjourn the initial pretrial conference, Dkt. No. 113, is granted. The initial pretrial conference scheduled for January 30, 2025 is adjourned to February 27, 2025 at 10:00 a.m. The joint status letter and proposed case management plan described in the Court's June 21, 2024 order are due no later than February 20, 2025. Additionally, as stated in the Court's June 21, 2024 order, the conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

SO ORDERED.

Dated: January 24, 2025

GREGORY H. WOODS
United States District Judge