```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
UNITED STATES OF AMERICA,                            :
:              1:24-cv-4632-GHW
:
:                  ORDER
                                  Plaintiff,         :
         -v-                                         :
:
TOLL BROTHERS INC., *et al.*,                        :
:
:
:
:
                                  Defendants.        :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 20, 2025, Plaintiff and Rule 19 Defendant Board of Managers of the Sutton Condominium (the "Moving Parties") filed a proposed stipulation to extend the time to answer or otherwise respond to the Second Amended Complaint. Dkt. No 139. The Court declines to take any action with respect to that proposed stipulation because the Moving Parties failed to comply with the Court's Individual Rules of Practice in Civil Cases (the "Individual Rules"). The Court's Individual Rules require, among other things, that most proposed orders and stipulations be accompanied by a letter. Individual Rule 1(F) ("Proposed Orders and Stipulations"). The Moving Parties failed to comply with that Individual Rule.

Additionally, the Court's Individual Rules contain a specific provision related to requests for extensions of time. Individual Rule 1(e). Pursuant to Individual Rule 1(e), all requests for extensions of time must be made by letter. The Moving Parties failed to comply with that Individual Rule as well.

The Court will consider any request for an extension of the time to answer or otherwise respond to the Second Amended Complaint that complies with the Court's Individuals Rules. The

Court notes that the parties' March 20, 2025 stipulation, absent court order, is not effective to extend the time to answer or otherwise respond to the Second Amended Complaint.

    SO ORDERED.

Dated: March 23, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge