USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2026

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ 07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1069

**Writer's E-mail:**
skagan@fisherphillips.com

**MEMORANDUM ENDORSED**

Application granted. The deadline for Defendant Bridge Property Management to answer or otherwise respond to the second amended complaint is extended to December 7, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 234.

SO ORDERED.

Dated: September 4, 2026

GREGORY H. WOODS
United States District Judge

September 4, 2026

***VIA ELECTRONIC FILING***

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re: *United States of America v. Toll Brothers, Inc., et al.***
**Case No. 1:24-cv-04632-GHW**

Dear Judge Woods:

This firm represents Rule 19 Defendant Bridge Property Management ("Defendant"). Defendant was named as a Rule 19 Defendant on January 8, 2025. As a follow-up to the United States' September 3, 2026 correspondence, and in accordance with your Honor's Individual Rules of Practice in Civil Cases, Defendant respectfully submits this letter requesting an extension of Defendant's time to answer, move, or otherwise respond to the Second Amended Complaint, through December 7, 2026.

Defendant's current deadline to respond to the Second Amended Complaint is September 8, 2026 (ECF No. 229). Defendant requested and obtained nine previous extensions of this deadline. (ECF Nos. 138, 159, 175, 186, 196, 201, 209, 219, and 229).

The purpose of the requested extension is to provide Defendant with additional time to continue to explore the potential resolution of this action as it relates to Defendant, as opposed to responding and potentially engaging in unnecessary motion practice. As stated in the United States' correspondence, an accessibility inspection at the property at issue was performed, and the parties plan on conducting settlement discussions based upon the inspection information to see if a resolution can be reached. Counsel for the United States consents to Defendant's requested extension of time.

Defendant does not believe the requested extension will impact any other scheduled date in this matter.

This request is being submitted at least two business days prior to the due date for Defendant's response. If granted, Defendant's new deadline to answer, move, or otherwise respond to the Second Amended Complaint would be December 7, 2026.

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

R. Shane Kagan

R. Shane Kagan
FISHER & PHILLIPS LLP

RSK:jc

cc: Counsel of Record (via electronic filing)