USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2026

Holland & Knight

787 Seventh Avenue, 31st Floor | New York, New York 10019 | T +1.212.513.3200 | F +1.212.385.9010
Holland & Knight LLP | www.hklaw.com

**MEMORANDUM ENDORSED**

Christine N. Walz
+1 212-513-3368
Christine.Walz@hklaw.com

September 4, 2026

***Via ECF***

Hon. Judge Gregory H. Woods III
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re: ***United States of America v. Toll Bros., Inc., et al.*, Case No. 1:24-cv-4632**
Request for Extension of Time to File Response

Dear Judge Woods:

Pursuant to Rules 1.A and 1.E of your Honor's Individual Rules of Practice in Civil Cases, Toll Bros., Inc. and Northeast LP Company, Inc., ("Toll") and Rule 19 Defendants Board of Managers of the North8 Condominium Association, Inc. ("North8"), Board of Managers of the Sutton Place Condominium ("Sutton"), and Board of Managers of 10 Provost Condominiums ("10 Provost") submit this letter, with the consent of the United States of America ("Plaintiff" or "Government"), to request an extension of all response deadlines in this matter until December 7, 2026.

In support of this request, Toll states as follows:

- On May 29, 2026, the Court granted Toll, Sutton, and 10 Provost's request (ECF No. 231) for an extension of time, setting the deadline as September 8, 2026 for their responses to the Government's Second Amended Complaint and North8's Cross Claim. *See* ECF No. 232.

- As set forth in prior filings, this case concerns conditions at 13 properties – each with a different owner. These include three condominium properties and ten apartment complexes, most owned by entities in which a Toll entity has a minority ownership stake.

- The Government and seven defendants have settled claims in this matter. *See* ECF Nos. 134 (Order Entering Settlement Agreement with TB Princeton Village, LLC), 136 (Order Entering settlement Agreement with Provost Square Urban Renewal, LLC), 156 (Order Entering Settlement with Needham Residential), 157 (Order Entering Settlement with LL Parcel I, LLC), 166 (Order Entering Settlement with Toll DC II LP), 167 (Order Entering

Algiers | Atlanta | Austin | Birmingham | Bogotá | Boston | Century City | Charlotte | Chattanooga
Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | London | Los Angeles | Mexico City
Miami | Monterrey | Nashville | Newport Beach | New York | Orlando | Philadelphia | Portland | Richmond
San Francisco | Seattle | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Settlement with TB-BDN Plymouth Apartments); 173 (Order Entering Settlement with Toll DC Phase III Owner LLC), 184 (Order Entering Settlement with Toll DC LP).

- Since the Court's last extension, the parties have continued to make meaningful progress in settlement discussions affecting the remaining properties. As set forth in the Government's joint status report filed September 3, 2026 (ECF No. 233), the parties anticipate that the forthcoming agreement between Toll Bros. and the United States will be the last agreement submitted to the Court. The parties have had significant discussions about the terms of an agreement, including exchange of drafts of this agreement and negotiations regarding key terms.

- With respect to the remaining properties, the status report further reflects the following progress with the various parties and third-parties. *See* ECF No. 233.

- Consistent with the status report, Toll, along with Sutton and 10 Provost, respectfully request an additional ninety-day extension of the response deadlines, and the Government consents to this extension. *See* ECF No. 233.

- This is Toll's fourteenth request, Sutton's tenth request, and 10 Provost's eighth request for an extension of time to file their responses. *See* Toll's September 13, 2024 Letter Motion for Extension of Time (ECF No. 62); September 13, 2024 Order Granting the Extension (ECF No. 63); Toll's December 10, 2024 Letter Motion for Extension of Time (ECF No. 78); December 11, 2024 Order Granting the Extension (ECF No. 79); Toll's January 15, 2025 Letter Motion for Extension of Time (ECF No. 90); January 15, 2025 Order Granting the Extension (ECF No. 91); Toll's February 13, 2025 Letter Motion for Extension of Time (ECF No. 118); February 13, 2025 Order Granting the Extension (ECF No. 119); Sutton's March 24, 2025 Letter Motion for Extension of Time (ECF No. 141); Toll's April 14, 2025 Letter Motion for Extension of Time (ECF No. 154); April 15, 2025 Order Granting the Extension (ECF No. 155); Toll and Sutton's May 30, 2025 Letter Motion for Extension of Time (ECF No. 162); June 1, 2025 Order Granting the Extension (ECF No. 168); Toll, Sutton, and 10 Provost Board's July 21, 2025 Letter Motion for Extension of Time (ECF No. 179); July 22, 2025 Order Granting the Extension (ECF No. 180); Toll, Sutton, and 10 Provost Board's September 16, 2025 Letter Motion for Extension of Time (ECF No. 187); September 17, 2025 Order Granting the Extension (ECF No. 188); Toll, Sutton, and 10 Provost Board's November 3, 2025 Letter Motion for Extension of Time (ECF No. 191); November 3, 2025 Order Granting the Extension (ECF No. 192); Toll, Sutton, and 10 Provost Board's December 1, 2025 Letter Motion for an Extension of Time (ECF No. 197); December 2, 2025 Order Granting the Extension (ECF No. 200); January 29, 2026 Letter Motion for Extension of Time (ECF No. 212); January 29, 2026 Order Granting the Extension (ECF No. 213); March 26, 2026 Letter Motion for Extension of Time (ECF No. 217); March 27, 2026 Order Granting the Extension (ECF No. 220); May 28, 2026 Letter Motion for Extension of Time (ECF No. 231); May 29, 2026 Order Granting the Extension (ECF No. 232).

Toll, Sutton, and 10 Provost respectfully request that the Court grant an extension until December 7, 2026 to respond to the Government's Second Amended Complaint and for Toll to respond to North8's Cross-Claim.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

HOLLAND & KNIGHT LLP

Christine N. Walz
*Counsel for Toll Bros. and Northeast LP Company, Inc.*

Application granted. The deadline for Defendants Toll Bros., Inc. and Northeast LP Company, Inc. ("Toll"), Board of Managers of the North8 Condominium Association, Inc. ("North8"), Board of Managers of the Sutton Place Condominium, and Board of Managers of 10 Provost Condominiums to answer or otherwise respond to the second amended complaint is extended to December 7, 2026. The deadline for Toll to answer or otherwise respond to North8's crossclaim is extended to December 7, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 237.

SO ORDERED.

Dated: September 4, 2026

GREGORY H. WOODS
United States District Judge